**Film Title: Mechanic: Resurrection**
**Rights Owner: ME2 Productions, Inc.**

| | SHA-1 Hash: 41E5C8F5DAE85A7230C884E3AB57E10A48BA04CE | | | | |
|---|---|---|---|---|---|
| **John Doe Number** | **IP Address** | **Port** | **Infringement Date/Time (yr/m/d)/ UTC** | **ISP** | **General Vicinity of Connection in Jurisdiction** |
| 1 | 67.161.155.64 | 36118 | 2016-11-13 05:42:03 | Comcast Cable | Longmont |
| 2 | 174.51.26.69 | 59543 | 2016-11-12 23:28:50 | Comcast Cable | Colorado Springs |
| 3 | 73.14.205.155 | 44809 | 2016-11-12 16:46:04 | Comcast Cable | Parker |
| 4 | 76.120.123.203 | 42362 | 2016-11-08 05:56:06 | Comcast Cable | Fort Collins |
| 5 | 75.71.203.77 | 6882 | 2016-10-31 01:46:10 | Comcast Cable | Colorado Springs |
| 6 | 71.205.177.52 | 49883 | 2016-10-23 22:53:07 | Comcast Cable | Colorado Springs |
| 7 | 73.34.62.24 | 6881 | 2016-10-21 02:09:31 | Comcast Cable | Denver |
| 8 | 67.176.72.173 | 6881 | 2016-10-17 03:54:22 | Comcast Cable | Denver |
| 9 | 73.34.122.155 | 6881 | 2016-10-16 05:50:03 | Comcast Cable | Denver |
| 10 | 71.34.142.85 | 50323 | 2016-11-14 14:00:37 | CenturyLink | Colorado Springs |
| 11 | 63.238.229.67 | 34614 | 2016-11-11 05:02:51 | CenturyLink | Denver |
| 12 | 97.121.137.118 | 41572 | 2016-11-06 02:09:15 | CenturyLink | Colorado Springs |
| 13 | 174.24.27.166 | 57234 | 2016-10-28 01:34:49 | CenturyLink | Colorado Springs |
| 14 | 71.212.141.52 | 6882 | 2016-10-24 04:22:45 | CenturyLink | Broomfield |
| 15 | 71.219.201.43 | 44136 | 2016-10-23 04:38:50 | CenturyLink | Colorado Springs |
| 16 | 97.122.196.161 | 48176 | 2016-10-21 04:52:08 | CenturyLink | Arvada |
| 17 | 65.128.20.109 | 54257 | 2016-10-21 03:25:55 | CenturyLink | Denver |
| 18 | 174.24.113.233 | 47684 | 2016-10-18 06:45:57 | CenturyLink | Colorado Springs |
| 19 | 71.218.80.192 | 43020 | 2016-10-17 05:48:23 | CenturyLink | Englewood |

EXHIBIT 1